**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**WILLIAM SCOTT, ON HIS OWN BEHALF**
**AND ALL SIMILARLY SITUATED**
**INDIVIDUALS,**

          **Plaintiffs,**

**-vs-**                                **Case No.   6:11-cv-848-Orl-28DAB**

**A & Z GENERAL CLEANING SERVICES,**
**INC.,**

          **Defendant.**
_____

# ORDER

This case is before the Court on Plaintiff's Motion to Dismiss Counterclaim (Doc. No. 11) filed June 27, 2011.  The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed July 18, 2011 (Doc. No. 15) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Motion to Dismiss Counterclaim (Doc. No. 11) is **GRANTED.**

    3.    Defendant's Counterclaim is **DISMISSED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___11th___ day of August, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

JOHN ANTOON II
United States District Judge