# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**WILLIAM SCOTT, ON HIS OWN BEHALF AND ALL SIMILARLY SITUATED INDIVIDUALS,**

**Plaintiffs,**

-vs-                                                    Case No. 6:11-cv-848-Orl-28DAB

**A & Z GENERAL CLEANING SERVICES, INC.,**

**Defendant.**
_____

## ORDER

The matter comes before the Court on review of Plaintiff's Notice of Settlement (Doc. No. 34). To the extent the parties seek a fairness review of the settlement pursuant to *Lynn's Food Stores, Inc. v. United States,* 679 F.2d 1350 (11th Cir. 1982), they shall file settlement documents sufficient to perform the review, including evidence with respect to the reasonableness of any attorney's fee, within fourteen days of the date of this Order.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 2, 2012.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record