**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**WILLIAM SCOTT, ON HIS OWN BEHALF**
**AND ALL SIMILARLY SITUATED**
**INDIVIDUALS,**

           **Plaintiffs,**

-vs-                                        **Case No. 6:11-cv-848-Orl-28DAB**

**A & Z GENERAL CLEANING SERVICES,**
**INC.,**

           **Defendant.**
_____

## ORDER

This case is before the Court on the Joint Motion to Approve Settlement and Dismissal of Action (Doc. No. 38) filed May 23, 2012. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and consideration of the Joint Notice of Non Objection to Report and Recommendation (Doc. No. 41), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed June 6, 2012 (Doc. No. 40) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion to Approve Settlement and Dismissal of Action (Doc. No. 38) is **GRANTED**.

3. The Court finds that the settlement is a fair and reasonable resolution of bona fide Fair Labor Standard Act issues.

4. The settlement is **APPROVED**.

5. The Complaint is dismissed with prejudice.

6. The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___21st___ day of June, 2012.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge